# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

MICHAEL GREEN,

    Plaintiff,

v.

CHATHAM COUNTY DETENTION CENTER; and SHERIFF JOHN WILCHER,

    Defendants.

CIVIL ACTION NO.: 4:21-cv-46

## O R D E R

After a careful *de novo* review of the entire record, the Court concurs with the Magistrate Judge's April 14, 2021, Report and Recommendation, (doc. 4), to which Plaintiff has not filed an objection. Plaintiff has failed to comply with the Court's Order to either remit the filing fee for this case or to apply for *in forma pauperis* status. (Doc. 2.) Plaintiff has also failed to comply with the Court's rule requiring him to keep the Court apprised of his current address. (S.D. Ga. L. Civ. R. 11.1; see also doc. 5). Therefore, the Court **ADOPTS** the Report and Recommendation as its opinion. For the reasons discussed by the Magistrate Judge, the Complaint is **DISMISSED**. The Clerk of Court is **DIRECTED** to **CLOSE** this case.

**SO ORDERED**, this 29th day of June, 2021.

_____
R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA